### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

**FILED**

**DEC - 3 2010**

**Clerk, U.S. District and Bankruptcy Courts**

|  |  |  |
|---|---|---|
| JANE ECKELS, | ) | |
|  | ) | |
| Plaintiff, | ) | |
|  | ) | |
| v. | ) | |
|  | ) | |
| ABRIELLE, INC. | ) | Civil Case No. 09-1731 (DAR/JMF) |
|  | ) | |
| and | ) | |
|  | ) | |
| ANN SULLIVAN | ) | |
|  | ) | |
| Defendants. | ) | |
|  | ) | |

### CONSENT ORDER AND JOINT STIPULATION OF THE PARTIES
### AS TO AGREEMENT ON SETTLEMENT

Plaintiff and Defendants hereby stipulate that they have agreed on the material terms of settlement of all issues in this action, expect to execute a written settlement agreement within the next few days, that all motions and subpoenas are withdrawn, and that the jury trial scheduled for December 6, 2010 should be canceled, with its associated deadlines.

The Court finds that the parties' request is reasonable, and accepts the Joint Stipulation of the parties. It is therefore

ORDERED, that the Joint Stipulation is approved and that the jury trial scheduled for December 6, 2010 is hereby canceled.

This the 3rd day of December, 2010.

_____
Hon. Deborah A. Robinson
UNITED STATES MAGISTRATE JUDGE

1