**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JANE ECKELS,** )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>**ABRIELLE, INC.** )<br>)<br>and  )<br>)<br>**ANN SULLIVAN** )<br>)<br>Defendants.  )<br>) | **Civil Case No. 09-1731 (DAR/JMF)** |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendants

hereby stipulate that all claims and counterclaims, and all claims or counterclaims of any parties

for costs, attorneys' fees, and expenses in this action, are dismissed with prejudice.

| | |
|---|---|
| Richard T. Seymour (D.C. Bar No. 28100) | Jonathan Rose (DC Bar No. 446208) |
| Law Office of Richard T. Seymour, P.L.L.C. | Emily Seymour Costin (DC Bar No. 500201) |
| 1150 Connecticut Avenue N.W., Suite 900 | Sheppard Mullin Richter & Hampton |
| Washington, D.C. 20036-4129 | 1300 I Street, N.W., 11th Floor East |
| 202-862-4320 | Washington, D.C. 20005 |
| 800-805-1065 (fax) | (202) 218-0000 |
| rick@rickseymourlaw.net | jrose@sheppardmullin.com |
| | ecostin@sheppardmullin.com |

By: _/s/ Richard T. Seymour_____          By: _/s/ Jonathan Rose_____
Attorney for Plaintiff Jane Eckels          Attorneys for Defendants
                                            Abrielle, Inc., and Ann Sullivan

Dated:  January 19, 2011

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 19th day of January, 2011, I served a copy of the foregoing

Joint Stipulation of Dismissal on counsel of record for defendants through the Court's ECF

system.

_____/s/_____

Richard T. Seymour (D.C. Bar No. 28100)
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W., Suite 900
Washington, D.C. 20036-4129
        Voice:  202-862-4320
        Facsimile:  800-805-1065
        e-mail:  rick@rickseymourlaw.net
